IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RITA S. BARTHELME**                                                                                   **PLAINTIFF**

V.                              Case No. 4:13-cv-00146 KGB

**CAROLYN W. COLVIN,**                                                                              **DEFENDANT**
Acting Commissioner, Social
Security Administration

### ORDER

The Court has reviewed the Recommended Disposition received from Magistrate Judge J. Thomas Ray (Dkt. No. 12). There have been no objections filed, and the time for filing objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted, in its entirety, as the Court's findings in all respects.

It is therefore ordered that Rita S. Barthelme's request for relief is denied, the Commissioner's decision is affirmed, and this case is dismissed with prejudice. Judgment shall be entered accordingly.

SO ORDERED this 22nd day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE