IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RITA S. BARTHELME**                                                                                          **PLAINTIFF**

**V.**                                   **Case No. 4:13-cv-00146 KGB**

**CAROLYN W. COLVIN,**                                                                                   **DEFENDANT**
Acting Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered in favor of defendant. It is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 22nd day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE